**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RAVEN RAMOS, JEFFREY MCNEILL, and TYLER O'NEAL, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br> v.<br><br>APPLE INC.,<br><br>     Defendant. | Civil Action No. 7:22-cv-02761-NSR |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY (ECF NO. 31)**

  Plaintiffs respectfully submit this response to Defendant's Notice of Supplemental Authority (ECF No. 31). The decision in *Gutierrez* has nothing to do with this case or the *Vega* decision.

  The Second Department held that NYLL § 191 "pertains to frequency of pay and not unpaid wages." But *Vega* never said otherwise. As Defendant freely admits, this decision does not "address whether NYLL § 198 allows for a private right of action for a violation of NYLL § 191."

  Defendant is attacking a strawman. The fact that the Second Department held that § 191 is inapplicable to unpaid wages does not mean it believes that § 191 violations are unactionable. To the contrary, as noted in Plaintiffs' briefing, legislative memoranda from the passing of the modern-day Section 198 show an intent to create a private right of action with liquidated damages from late payment of wages.

2

Dated:  November 17, 2022

        Respectfully submitted,

        By:    */s/ Yitzchak Kopel*
             Yitzchak Kopel

        **BURSOR & FISHER, P.A.**
        Yitzchak Kopel
        Alec M. Leslie
        888 Seventh Avenue
        New York, NY 10019
        Telephone:  (212) 989-9113
        Facsimile:  (212) 989-9163
        Email:  ykopel@bursor.com
                  aleslie@bursor.com

        *Attorneys for Plaintiffs*