# JacksonLewis

Jackson Lewis P.C.
58 South Service Road, Suite 250
Melville NY  11747
(631) 247-0404 Main
(631) 247-0417 Fax

jacksonlewis.com

Direct Dial: (631) 247-4652
Email:  JEFFREY.BRECHER@JACKSONLEWIS.COM

May 24, 2024

**VIA ECF**

Magistrate Judge Judith McCarthy
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

>    Re:   *Raven Ramos, et al. v. Apple, Inc*.
>          Case No.: 22-cv-02761

Dear Magistrate Judge McCarthy:

      We represent the Defendant, Apple Inc. We are writing, jointly with Plaintiffs' counsel, pursuant to the Court's May 7, 2024 Order (Dkt. No. 78) regarding the status of settlement. The parties participated in an all-day mediation on May 22, 2024, and a second mediation on May 23, 2024. The parties intend to have further settlement discussions next week. In light of these discussions, we respectfully request a 30-day extension of the stay of discovery and an adjournment of the status conference scheduled next week on May 29, 2024.

      Thank you for your attention to this matter.

      Respectfully submitted,

      *s/ Jeffrey W. Brecher*

      JEFFREY W. BRECHER, ESQ.

4888-8489-2353, v. 1