UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RAVEN RAMOS, JEFFREY MCNEILL, AND
TYLER O'NEAL, individually and on behalf of all
others similarly situated,

                              Plaintiffs,      Civ. Case No.: 22-cv-02761-NSR

    -against-

APPLE INC.,

                              Defendant.
-----------------------------------------------------------------X

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii), Plaintiffs Raven Ramos, Jefrey McNeill, and Tyler O'Neal ("Plaintiffs") and Defendant Apple Inc. ("Defendant") hereby stipulate and agree to the dismissal of this action, without prejudice, as to Plaintiffs' claims against Defendant. Each side shall bear their own costs.

| | |
|---|---|
| BURSOR & FISHER, P.A.<br>*ATTORNEYS FOR PLAINTIFFS*<br>1330 Avenue of the Americas<br>New York, NY 10019<br>(646) 837-7150<br>ykopel@bursor.com<br><br>By: _____/s/ Y. Kopel/_____<br>     YITZCHAK KOPEL, ESQ.<br>     ALEC LESLIE, ESQ.<br><br>Dated: | JACKSON LEWIS P.C.<br>*ATTORNEYS FOR DEFENDANT*<br>58 South Service Road, Suite 250<br>Melville, New York 11747<br>(631) 247-0404<br>Jeffrey.Brecher@jacksonlewis.com<br><br>By: _____/s/_____<br>     JEFFREY W. BRECHER, ESQ.<br>     KATHRYN J. BARRY, ESQ.<br><br>Dated: 8/1/24 |