UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

RAVEN RAMOS, JEFFREY MCNEILL, AND TYLER O'NEAL, individually and on behalf of all others similarly situated,

                              Plaintiffs,

-against-

APPLE INC.,

                              Defendant.

------------------------------------------------------------X

Civ. Case No.: 22-cv-02761-NSR

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/06/2024

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Raven Ramos, Jefrey McNeill, and Tyler O'Neal ("Plaintiffs") and Defendant Apple Inc. ("Defendant") hereby stipulate and agree to the dismissal of this action, without prejudice, as to Plaintiffs' claims against Defendant. Each side shall bear their own costs.

BURSOR & FISHER, P.A.
*ATTORNEYS FOR PLAINTIFFS*
1330 Avenue of the Americas
New York, NY 10019
(646) 837-7150
ykopel@bursor.com

By: _____
    YITZCHAK KOPEL, ESQ.
    ALEC LESLIE, ESQ.

Dated:

JACKSON LEWIS P.C.
*ATTORNEYS FOR DEFENDANT*
58 South Service Road, Suite 250
Melville, New York 11747
(631) 247-0404
Jeffrey.Brecher@jacksonlewis.com

By: _____
    JEFFREY W. BRECHER, ESQ.
    KATHRYN J. BARRY, ESQ.

Dated: 8/1/24

Dated: August 6, 2024
White Plains, NY

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge